UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN R. BELITZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. 3:15-CV-05432-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTING DATE: JULY 17, 2015 |

The District Court has referred this 28 U.S.C. § 2254 Petition for a writ of habeas corpus to United States Magistrate Judge David W. Christel. Presently pending before the Court is Petitioner's Motion to Proceed *In Forma Pauperis*. Dkt. 1.

The right to proceed in forma pauperis is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Proceeding *in forma pauperis* is a matter within the sound discretion of the trial court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Here, Petitioner provides his prison trust account summary showing an average spendable balance of sixteen dollars and seventeen cents ($16.17). Dkt. 3. Petitioner can afford to pay the five dollar ($5.00)

REPORT AND RECOMMENDATION - 1

1  filing fee. Accordingly, the Court recommends denial of the Motion to Proceed *In Forma*
2  *Pauperis*.
3        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
5  6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See*
6  28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the
7  clerk is directed to set the matter for consideration on July 17, 2015, as noted in the caption.
8        Dated this 30th day of June, 2015.

                                                      David W. Christel
                                                      United States Magistrate Judge