UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN R. BELITZ,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C15-5432 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Petitioner's application to proceed *in forma pauperis* is **DENIED** as moot.

Dated this 20th day of July, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER