UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN R. BELITZ,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C15-5432 BHS

ORDER DENYING PETITIONER'S MOTION TO TRANSFER

This matter comes before the Court on Petitioner Steven Belitz's ("Belitz") motion to transfer second habeas petition to Ninth Circuit (Dkt. 10).

On September 29, 2015, the Court dismissed Belitz's petition for lack of jurisdiction over a second or successive petition. Dkt. 8. On November 16, 2015, Belitz filed the instant motion requesting the Court transfer his entire file to the Ninth Circuit because he accidently filed his second or successive petition in this Court. Dkt. 10. Because the Court dismissed the petition for lack of jurisdiction, the Court has no power to transfer the file. This conclusion, however, does not prevent Belitz from filing a

ORDER - 1

request directly with the Ninth Circuit to file a second or successive petition. Therefore, the Court **DENIES** Belitz's motion to transfer.

**IT IS SO ORDERED**.

Dated this 23rd day of November, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge